STATE v. HORTON

No. 451P93

Case below: 106 N.C.App. 706

Notice of appeal filed by defendant pursuant to G.S. 7A-30 dismissed 4 November 1993.

STATE v. KNOX

No. 352P93

Case below: 111 N.C.App. 268

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1993.

STATE v. McDOUGAL

No. 348P93

Case below: 111 N.C.App. 268

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1993.

STATE v. McKINNISH

No. 251P93

Case below: 110 N.C.App. 241

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1993.

STATE v. RICHARDSON

No. 402P93

Case below: 112 N.C.App. 252

Petition by Attorney General for temporary stay allowed 13 October 1993 pending consideration and determination of the State's petition for discretionary review.